# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

3:51 pm, 1/4/22

**Margaret Botkins**
**Clerk of Court**

| UNITED STATES OF AMERICA | |
|---|---|
| vs. | |
| JOSHUA GORDON ERICK | Case Number:   21-CR-80-SWS |
| Defendant. | |

**ARRAIGNMENT/CHANGE OF PLEA MINUTE SHEET**

Date  January 4, 2022     Time   1:59 - 2:20 p.m.

☐ Arraignment     ☑ Change of Plea     Before the Honorable   Scott W. Skavdahl

Interpreter:                                              Int. Phone:

| Kim Blonigen | Megan Strawn | Eddie Lobatos | Ted Bracke |
|---|---|---|---|
| Clerk | Court Reporter | Probation Officer | U.S. Marshal |

APPEARANCES   Government:  Tim Gist

Defendant:    Jordan Deckenbach

☑ FPD     ☐ PANEL-CJA     ☐ RETAINED     ☐ WAIVED

☐ Defendant Waives Indictment
☐ Information filed by Government
☐ Superseding Indictment/Information filed by Government

**DEFENDANT ENTERS A PLEA OF**

☐ Not Guilty to Count(s) _____ of an Indictment
☑ Guilty to Count(s)  2  of an Indictment
☐ *Nolo Contendere*

| NOT GUILTY PLEA | GUILTY PLEA |
|---|---|
| ☐ Court accepts *Nolo Contendere* Plea | ☑ Court is satisfied there is factual basis for plea of guilty |
| ☐ Court orders discovery per Rule 16 FRCrP | ☑ Defendant referred to probation for presentence investigation |
| ☐ Court orders access to Grand Jury Transcripts | ☑ Defendant advised on consequences of a plea of guilty |
| ☐ Motions to be filed in ____ days or on/before ____ | ☑ Plea agreement filed |
| | ☑ Sentencing set for  March 29, 2022  at  8:15 a.m. |
| ☐ Trial date set for ____ at ____ | in  Casper Courtroom #2 |
| in ____ | ☑ Plea conditionally accepted |
| ☐ Speedy trial expires on ____ | ☑ Count(s)  1  to be dismissed at time of sentencing |
| ☐ Other | |

BOND IS  ☑ Defendant is detained
☐ Set at _____ ☐ Cash or Surety ☐ Unsecured
☐ Continued on the same terms and conditions
☐ Continued on bond with the following conditions:
☐ Released on bond with the following conditions:

☐ 3rd party custody of _____          ☐ Seek/Maintain employment
☐ Report to Pretrial Services as directed         ☐ Travel restricted to _____
☐ Maintain current residence                      ☐ Abide by the following curfew _____
☐ Not use or possess firearms/ammunition/explosives  ☐ Not use or possess controlled substances/drugs
☐ Not use or possess alcohol                      ☐ Not use alcohol to excess
☐ Submit to drug/alcohol testing                  ☐ Avoid all contact with _____
☐ Surrender passport to _____           ☐ Post property or sum of money _____
☐ Obey all laws. Federal, State and Local         ☐ Do not obtain passport
☐ Undergo Medical/Psychiatric treatment/exam
☐ Other _____